

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00442-CV

**IN THE INTEREST OF M.K.T.**, a Child

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02181
Honorable Martha Tanner, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's Final Order in Suit Affecting the Parent-Child Relationship is AFFIRMED. Costs are assessed against the party that incurred them.

SIGNED March 23, 2022.

_____
Lori I. Valenzuela, Justice